UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 5:17-cv-00459-JLS-DTB                                  Date: April 24, 2017
Title: Theresa Brooke v. Redlands Dynasty Suites, Inc.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                   Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE**

On March 14, 2017, the Court issued a Notice to Parties: ADA Disability Access Litigation that directed Plaintiff to serve three documents on the defendant(s) and file with the Court a proof of service indicating that the Notice to Parties and the attached Application for Stay and Early Mediation were served. (*See* Doc. 10). To date, the Court has not received the proof of service.

Accordingly, the Court orders Plaintiff show cause why the Court should not dismiss this matter and/or issue sanctions for the failure to file timely the referenced document.  No later than **May 1, 2017, 5:00 p.m.**, counsel shall file the document and a separate written response explaining their disregard of the Court's Order.

Initials of Preparer:  tg